UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-10408-WGY |
| v. | |
| ANGEL QUINONES, <br> A/K/A "ACE" | VIOLATIONS: <br><br> 18 U.S.C. § 922(g)(1) -- <br> Felon in Possession of <br> a Firearm and Ammunition <br><br> 18 U.S.C. § 924(d) and <br> 28 U.S.C. § 2461(c) -- <br> Criminal Forfeiture <br> Allegation |

## INDICTMENT

COUNT ONE: (18 U.S.C. § 922(g)(1) -- Felon-in-Possession of a
          Firearm and Ammunition)

The Grand Jury charges that:

On or about January 18, 2010, at Boston, in the District of Massachusetts,

**ANGEL QUINONES, A/K/A "ACE"**,

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Mauser .25 caliber semiautomatic hand gun bearing serial number 400883 and 9 rounds of .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

-2-

**FORFEITURE ALLEGATION**

**(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))**

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count 1 of this Indictment,

**ANGEL QUINONES, A/K/A "ACE"**,

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

> (A) a Mauser .25 caliber semiautomatic hand gun bearing serial number 400883; and,
>
> (B) 9 rounds of .25 caliber ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

-4-

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                December 2, 2010

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12/2/10
11:34