FILED IN CLERKS OFFICE
2020 JUL 20 PM 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

5.3.2020

To: Mr. Honorable Judge Young.

My name is Angel Quinones and I'm writing you this brief letter to ask and also find out if by any chance is possible, that the 15 months you sentenced me on can be served at home on the bracelet due to this serious pandemic affecting people of all sorts. Judge I understand to the furthest extent what I've done. I'm not trying to make an excuse or try to get one over on you or this government. I was ready to serve this sentence but this pandemic is really serious and I'm not trying to die or get sick in prison. 70% percent of federal inmates has been diagnosed with the virus and I'm not trying to become a percentage. I'm willing to come to and understanding on this matter. The halfway house would also be somewhere reasonable for me to serve my sentence, as well as finishing my federal sentence here at the Department of Corrections where everything is on lock down and the virus is limited. Thank you for your time

Angel Quinones